ORIGINAL

CR 12 (Rev. 6/82)            WARRANT FOR ARREST

# United States District Court

**10 CRIM 813**

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MOHAMMAD YOUNIS | DOCKET NO.      MAGISTRATE'S CASE NO. |
| WARRANT ISSUED ON THE BASIS OF:<br>X Indictment    ☐ Information    ☐ Order of Court    ☐ Complaint | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>MOHAMMAD YOUNIS<br><br>DISTRICT OF ARREST |
| TO:    UNITED STATES MARSHAL OR ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Engaging in unlicensed money-remitting business and conspiracy to do, and aiding and abetting the same.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 15 SEP 2010

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 1960 and 2 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>[signature] | DATE ORDERED<br>9-14-10 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9/14/10<br>DATE EXECUTED 9/15/10 | NAME AND TITLE OF ARRESTING OFFICER<br>SA William Rassier | SIGNATURE OF ARRESTING OFFICER<br>William J. Rassier |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.